WILLIAM H. STAPLES, ESQ. BAR#: 64633
CLAPP, MORONEY, VUCINICH, BEEMAN & SCHELEY
A PROFESSIONAL CORPORATION
5860 Owens Drive, Suite 410
Pleasanton, CA 94588
(925) 734-0990 Fax: (925) 734-0888

Meredith C. Eilers (Pro Hac Vice)
Michael R. Bosse (Pro Hac Vice)
BERNSTEIN SHUR
P.O. Box 9729
Portland, ME 04104
(207) 228-7108 (207) 228-7276

Attorneys for Plaintiff and Counterdefendant
HIL TECHNOLOGY, INC., a Maine corporation

SUPERIOR COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIL TECHNOLOGY, INC., a Maine corporation,<br><br>    Plaintiff,<br>v.<br>ENGINEERING/REMEDIATION RESOURCES GROUP, INC. (ERRG), a California corporation,<br><br>    Defendant. | Case No. 3:18-CV-02910-CRB<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |
| ENGINEERING/REMEDIATION RESOURCES GROUP INC. (ERRG), a California corporation,<br><br>    Counterclaimant,<br>v.<br>HIL TECHNOLOGY INC., a Maine corporation,<br><br>    Counterdefendant. | |

///

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c)(2) of the Federal Rules of Civil Procedure, and the Confidential Settlement Agreement and Release between the Parties, Plaintiff HIL TECHNOLOGY, INC. and Defendant ENGINEERING/REMEDIATION RESOURCES GROUP INC. (Herein collectively referred to as the "Parties"), by and through their respective undersigned attorneys, hereby stipulate that this entire matter be dismissed with prejudice, including all claims, counter claims and causes of action.

DATED: December 14, 2018    Respectfully submitted.

CLAPP, MORONEY, VUCINICH,
BEEMAN and SCHELEY

By: /s/ William H. Staples
_____
William H. Staples
Attorneys for Plaintiff and Counterdefendant
HIL TECHNOLOGY, INC., a Maine corporation

BERNSTEIN SHUR

By: /s/ Michael R. Bosse
_____
Michael R. Bosse
Attorneys for Plaintiff and Counterdefendant
HIL TECHNOLOGY, INC., a Maine corporation

PILLSBURY WINTHROP SHAW PITMANN LLP

By: /s/ Glenn A. Sweatt
_____
Glenn A. Sweatt
Attorneys for Defendant and Counterclaimant
ENGINEERING/REMEDIATION RESOURCES
GROUP INC. (ERRG), a California corporation

ORDER

For Good Cause shown in the stipulation by and between the Parties to this action through their designated counsel, it is hereby ordered that the entire action be dismissed with prejudice, including all claims, counter claims and causes of action pursuant to FRCP 41(a)(1)(A)(ii) and 41(c)(2), each party to bear its own attorney fees and costs.

Dated: 12/20, 2018

_____
Hon. Charles R. Beyer
U.S. District Court Judge